*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


★ ★ ★  ★ ★ ★

February 24, 2015

No. 04-14-00905-CV

ESCONDIDO RESOURCES II, LLC,
Appellant

v.

JUSTAPOR RANCH, L.C.
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV7-001396-D1
Honorable Joe Lopez, Judge Presiding

## ORDER

In this Court's Order of January 22, 2015, appellate deadlines in this case were suspended until February 13, 2015, and the parties were ordered to mediation with Joseph Casseb. On February 9, 2015, Joseph Casseb requested that the deadline suspension be extended until April 1, 2015.

The request is granted. Appellate deadlines in this case are hereby suspended until **April 1, 2015. No further extensions will be granted in this case.**

It is so **ORDERED** on February 24, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk